IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Flott, Lynda

Printed: 10/18/05

Case Number: 05 B 32745
Judge: Doyle, Carol A
Filed: 8/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: October 17, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | | No Claim Filed |
| 2. | Harris Bank | Secured | | No Claim Filed |
| 3. | Litton Loan Servicing | Secured | | No Claim Filed |
| 4. | Diane G Keliher | Unsecured | | No Claim Filed |
| 5. | Brylane Home | Unsecured | | No Claim Filed |
| 6. | Capital One | Unsecured | | No Claim Filed |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 9. | Aspire | Unsecured | | No Claim Filed |
| 10. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Flott, Lynda | Case Number:  05 B 32745 |
| | Judge:  Doyle, Carol A |
| Printed:  10/18/05 | Filed:  8/18/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_