IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Flott, Lynda

Printed: 11/21/06

Case Number: 05 B 32745
Judge: Doyle, Carol A
Filed: 8/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: September 28, 2006
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 660.39 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 660.39 |
| Totals: | 660.39 | 660.39 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | RJM Acquisitions LLC | Unsecured | 100.00 | 0.00 |
| 2. | Jefferson Capital | Unsecured | 1,650.14 | 0.00 |
| 3. | Litton Loan Servicing | Secured | | No Claim Filed |
| 4. | Harris Bank | Secured | | No Claim Filed |
| 5. | Litton Loan Servicing | Secured | | No Claim Filed |
| 6. | Capital One | Unsecured | | No Claim Filed |
| 7. | Brylane Home | Unsecured | | No Claim Filed |
| 8. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Diane G Keliher | Unsecured | | No Claim Filed |
| 11. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 1,750.14 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Flott, Lynda

Printed:  11/21/06

Case Number:  05 B 32745
Judge:  Doyle, Carol A

Filed:  8/18/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*