**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FLOTT, LYNDA | ) | |
| | ) | CASE NO. 05 B 32745 |
| | ) | |
| | ) | JUDGE CAROL A. DOYLE |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 SOUTH DEARBORN, COURTROOM 742
    CHICAGO, ILLINOIS 60604

    on: **January 15, 2008**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                     $   777,933.07

    b. Disbursements                                $   654,559.84

    c. Net Cash Available for Distribution $ 123,373.23

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| All Other Expenses | $ 10,000.00 | $ | $ 0.00 |
| Trustee | $ 0.00 | $38,918.54 | $ |
| Trustee | $ 0.00 | $ | $ 1,502.98 |
| Trustee's Attorney | $ 0.00 | $ 5,641.88 | $ |
| Trustee's Attorney | $ 0.00 | $ | $ 61.88 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal | $ 0.00 | $10,922.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 92.97 |
| Trustee's Firm Accounting | $ 0.00 | $ 1,607.50 | $ |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $3,679.74, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | RJM Acquisitions Funding LLC | $ 100.00 | $ 100.00 |
| 2I | RJM Acquisitions Funding LLC | $ 9.48 | $ 9.48 |
| 3 | Jefferson Capital Systems, LLC | $ 1,650.14 | $ 1,650.14 |
| 3I | Jefferson Capital Systems, LLC | $ 156.39 | $ 156.39 |
| 4 | Capital One Bank Capital One | $ 757.73 | $ 757.73 |

| | | | | | |
|---|---|---|---|---|---|
| 4I | Capital One Bank Capital One | $ | 71.81 | $ | 71.81 |
| 5 | Capital One Bank Capital One | $ | 1,171.87 | $ | 1,171.87 |
| 5I | Capital One Bank Capital One | $ | 111.06 | $ | 111.06 |
| 8 | Rich Reotutar | $ | 1,500.00 | $ | 1,500.00 |
| 8I | Rich Reotutar | $ | 142.16 | $ | 142.16 |
| 9 | Ms Lillian Griffin | $ | 1,500.00 | $ | 1,500.00 |
| 9I | Ms Lillian Griffin | $ | 142.16 | $ | 142.16 |
| SURPLUS | FLOTT, LYNDA | $ | 57,062.18 | $ | 57,062.18 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **December 11, 2007**    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Dec 11, 2007
Case: 05-32745                Form ID: pdf002          Total Served: 17

The following entities were served by first class mail on Dec 13, 2007.
db           +Lynda Flott,   953 West Huron Street,   Chicago, IL 60622-5900
aty          +Chaya Williams,    Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
aty          +Glenda J Gray,   Law Offices Of Glenda J Gray,   330 North Wabash Avenue Ste 2618,
               Chicago, IL 60611-7616
aty          +Gregory K Stern,   Gregory K. Stern, P.C.,   53 West Jackson Blvd.,   Suite 1442,
               Chicago, IL 60604-3536
aty          +Monica C O'Brien,   Gregory K. Stern, P.C.,   53 W Jackson Blvd Ste 1442,
               Chicago, IL 60604-3536
aty          +Sharanya Gururajan,    Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10698821      Aspire Visa,   POB 23051,   Columbus GA 31902-3051
10487654     +Capital One Bank,   Capital One,   C/O TSYS Debt Management,   POB 5155,
               Norcross, GA 30091-5155
10079909      Jefferson Capital Systems, LLC,   POB 23051,   Columbus, GA 31902-3051
9785035      +Litton Loan Servicing,   c/o Pierce & Associates,   1 North Dearborn,   Suite 1300,
               Chicago, Illinois 60602-4331
9703578      +Litton Loan Servicing LP,   4828 Loop Central Drive,   Houston, TX 77081-2166
10545157     +Mr Tracy Coleman,   951 West Huron,   Chicago, IL 60622-5915
10545158     +Ms Lillian Griffin,   9519 South Green Street,   Chicago, IL 60643-1505
9703579      +Pierce & Associates,   1 North Dearborn Street,   Suite 1300,   Chicago, IL 60602-4331
10967319     +Rich Reotutar,   1403 N. Douglas,   Arlington Heights, IL 60004-4816

The following entities were served by electronic transmission on Dec 12, 2007.
9894994      +E-mail/PDF: ebn@phinsolutions.com Dec 12 2007 04:48:49     RJM Acquisitions Funding LLC,
               575 Underhill Blvd,   New York, NY 11791-3426
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2007**                               **Signature:** *Joseph Speetjens*