# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-32745 CAD |
| **Case Name:** | FLOTT, LYNDA |
| **Taxpayer ID #:** | 13-7543572 |
| **Period Ending:** | 07/09/08 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****59-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/06 | {1} | Frontier Developers LLC | Earnest Money for 753-755 W. Huron | 1110-000 | 22,500.00 | | 22,500.00 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.36 | | 22,509.36 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.79 | | 22,524.15 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.31 | | 22,538.46 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.02 | | 22,553.48 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32745 Voided on 02/08/07 | 2300-003 | | 30.70 | 22,522.78 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32745 Voided: check issued on 02/08/07 | 2300-003 | | -30.70 | 22,553.48 |
| 02/08/07 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32745, Bond #016026455 | 2300-000 | | 30.70 | 22,522.78 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.23 | | 22,534.01 |
| 03/09/07 | 1003 | Lynda Flott | Homestead Exemption Voided on 04/18/07 | 8100-003 | | 7,500.00 | 15,034.01 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.03 | | 15,046.04 |
| 04/18/07 | 1003 | Lynda Flott | Homestead Exemption Voided: check issued on 03/09/07 | 8100-003 | | -7,500.00 | 22,546.04 |
| 04/18/07 | 1004 | Lynda Flott | Homestead Exemption | 8100-002 | | 7,500.00 | 15,046.04 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.44 | | 15,058.48 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.70 | | 15,067.18 |
| 06/05/07 | | Chicago Title & Trust Company | sale of 953 W. Huron | | 116,579.44 | | 131,646.62 |
| | {1} | | From Sale of 953 W.       753,608.58 | 1110-000 | | | 131,646.62 |

| | **Subtotals :** | **$139,177.32** | **$7,530.70** |
|---|---|---|---|

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-32745 CAD |
| **Case Name:** | FLOTT, LYNDA |
| | |
| **Taxpayer ID #:** | 13-7543572 |
| **Period Ending:** | 07/09/08 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****59-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Huron | | | | | |
| | | Chicago Title & Trust | title insurance | -573.75 | 2500-000 | | | 131,646.62 |
| | | Chicago Title & Trust Co. | Wire transfer fee | -25.00 | 2500-000 | | | 131,646.62 |
| | | Chicago Title & Trust Co. | Commitment Update Fee | -75.00 | 2500-000 | | | 131,646.62 |
| | | | State Transfer Tax | -770.00 | 2820-000 | | | 131,646.62 |
| | | | County Transfer Tax | -385.00 | 2820-000 | | | 131,646.62 |
| | | Cook County Recorder of Deeds | Recording Release | -72.00 | 2500-000 | | | 131,646.62 |
| | | David Weininger | David Weininger Agent Title Premium | -1,338.75 | 3110-000 | | | 131,646.62 |
| | | David Weininger | David Weininger Costs | -601.48 | 3120-000 | | | 131,646.62 |
| | | Professionals Associated Survey Inc. | Professionals Associated Survey Inc. Survey Fees | -550.00 | 2500-000 | | | 131,646.62 |
| | | PRA III, LLC | Payoff of Judgment PRA III, LLC | -1,660.00 | 4110-000 | | | 131,646.62 |
| | | Cook County Collector | 2006 1st Inst Re Taxes | -207.85 | 4300-000 | | | 131,646.62 |
| | | c | 2005 1st and 2nd Inst Re Taxes | -478.43 | 4300-000 | | | 131,646.62 |
| | | David D. Orr | Tax Redemption Cook County Collector | -757.26 | 4300-000 | | | 131,646.62 |
| | | David D. Orr | Redemption, David D. Orr Cook County Clerk | -1,188.99 | 4300-000 | | | 131,646.62 |
| | | MGR | MGR Service fee for payoff of taxes | -60.00 | 4300-000 | | | 131,646.62 |
| | | Chicago Title & Trust Co. | Chicago Title Tax Cushion | -500.00 | 2500-000 | | | 131,646.62 |
| | | Chicago Title & Trust Co. | Chicago Title Water Cert Holdback | -1,000.00 | 2500-000 | | | 131,646.62 |

|  | Subtotals : | $0.00 | $0.00 |
|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-32745 CAD |
| **Case Name:** | FLOTT, LYNDA |
| **Taxpayer ID #:** | 13-7543572 |
| **Period Ending:** | 07/09/08 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****59-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Litton Loan Servicing c/o Pierce & Associates | Payoff of existing loan          -547,152.52 with Litton Loan Servicing | 4110-000 | | | 131,646.62 |
| | | Litton Loan Servicing c/o Pierce & Associates | -79,633.11 | 4110-000 | | | 131,646.62 |
| 06/13/07 | | David A. Weininger | reimbursement for cost refund. | 1280-000 | 12.00 | | 131,658.62 |
| 06/21/07 | {1} | Chicago Title & Trust Company | balance held for insurance for real estate taxes. | 1110-000 | 1,480.00 | | 133,138.62 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 55.61 | | 133,194.23 |
| 07/23/07 | 1005 | Luebertha Flott | Proceeds from closing per interest in property | 2500-000 | | 10,000.00 | 123,194.23 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 75.86 | | 123,270.09 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 68.02 | | 123,338.11 |
| 09/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 35.12 | | 123,373.23 |
| 09/17/07 | | To Account #********5966 | in preparation of final report | 9999-000 | | 123,373.23 | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 140,903.93 | 140,903.93 | $0.00 |
| Less: Bank Transfers | | 0.00 | 123,373.23 | |
| **Subtotal** | | 140,903.93 | 17,530.70 | |
| Less: Payments to Debtors | | | 7,500.00 | |
| **NET Receipts / Disbursements** | | $140,903.93 | $10,030.70 | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 05-32745 CAD
**Case Name:** FLOTT, LYNDA

**Taxpayer ID #:** 13-7543572
**Period Ending:** 07/09/08

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****59-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/07 | | From Account #********5965 | in preparation of final report | 9999-000 | 123,373.23 | | 123,373.23 |
| 01/18/08 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $38,918.54, Trustee Compensation;  Reference: | 2100-000 | | 38,918.54 | 84,454.69 |
| 01/18/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,502.98, Trustee Expenses;  Reference: | 2200-000 | | 1,502.98 | 82,951.71 |
| 01/18/08 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $10,922.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,922.50 | 72,029.21 |
| 01/18/08 | 104 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $92.97, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 92.97 | 71,936.24 |
| 01/18/08 | 105 | David A. Weininger | Dividend paid 100.00% on $5,641.88, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 5,641.88 | 66,294.36 |
| 01/18/08 | 106 | Clerk of Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: ADV NO. 06-1116 | 2700-000 | | 250.00 | 66,044.36 |
| 01/18/08 | 107 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,607.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,607.50 | 64,436.86 |
| 01/18/08 | 108 | David A. Weininger | Dividend paid 100.00% on $61.88, Special Counsel for Trustee Expenses;  Reference: | 3220-610 | | 61.88 | 64,374.98 |
| 01/18/08 | 109 | RJM Acquisitions Funding LLC | Dividend paid 100.00% on $100.00; Claim# 2; Filed: $100.00; Reference: | 7100-000 | | 100.00 | 64,274.98 |
| 01/18/08 | 110 | Jefferson Capital Systems, LLC | Dividend paid 100.00% on $1,650.14; Claim# 3; Filed: $1,650.14; Reference: | 7100-000 | | 1,650.14 | 62,624.84 |
| 01/18/08 | 111 | Capital One Bank Capital One | Dividend paid 100.00% on $757.73; Claim# 4; Filed: $757.73; Reference: | 7100-900 | | 757.73 | 61,867.11 |
| 01/18/08 | 112 | Capital One Bank Capital One | Dividend paid 100.00% on $1,171.87; Claim# 5; Filed: $1,171.87; Reference: | 7100-900 | | 1,171.87 | 60,695.24 |

**Subtotals :**   **$123,373.23**   **$62,677.99**

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-32745 CAD
**Case Name:** FLOTT, LYNDA

**Taxpayer ID #:** 13-7543572
**Period Ending:** 07/09/08

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****59-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/08 | 113 | Rich Reotutar | Dividend paid 100.00% on $1,500.00; Claim# 8; Filed: $1,500.00; Reference: | 7200-000 | | 1,500.00 | 59,195.24 |
| 01/18/08 | 114 | Ms Lillian Griffin | Dividend paid 100.00% on $1,500.00; Claim# 9; Filed: $1,500.00; Reference: | 7200-000 | | 1,500.00 | 57,695.24 |
| 01/18/08 | 115 | RJM Acquisitions Funding LLC | Dividend paid 100.00% on $9.48; Claim# 2I; Filed: $9.48; Reference:<br>Stopped on 04/15/08 | 7990-004 | | 9.48 | 57,685.76 |
| 01/18/08 | 116 | Jefferson Capital Systems, LLC | Dividend paid 100.00% on $156.39; Claim# 3I; Filed: $156.39; Reference: | 7990-000 | | 156.39 | 57,529.37 |
| 01/18/08 | 117 | Capital One Bank Capital One | Dividend paid 100.00% on $71.81; Claim# 4I; Filed: $71.81; Reference: | 7990-000 | | 71.81 | 57,457.56 |
| 01/18/08 | 118 | Capital One Bank Capital One | Dividend paid 100.00% on $111.06; Claim# 5I; Filed: $111.06; Reference: | 7990-000 | | 111.06 | 57,346.50 |
| 01/18/08 | 119 | Rich Reotutar | Dividend paid 100.00% on $142.16; Claim# 8I; Filed: $142.16; Reference: | 7990-000 | | 142.16 | 57,204.34 |
| 01/18/08 | 120 | Ms Lillian Griffin | Dividend paid 100.00% on $142.16; Claim# 9I; Filed: $142.16; Reference: | 7990-000 | | 142.16 | 57,062.18 |
| 01/18/08 | 121 | FLOTT, LYNDA | Dividend paid 100.00% on $57,062.18; Claim# SURPLUS; Filed: $57,062.18; Reference: | 8200-000 | | 57,062.18 | 0.00 |
| 04/15/08 | 115 | RJM Acquisitions Funding LLC | Dividend paid 100.00% on $9.48; Claim# 2I; Filed: $9.48; Reference:<br>Stopped: check issued on 01/18/08 | 7990-004 | | -9.48 | 9.48 |
| 04/15/08 | 122 | United States Bankruptcy Court | Unclaimed funds to clerk | 8500-002 | | 9.48 | 0.00 |

|  | | | | Subtotals : | $0.00 | $60,695.24 | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:**  05-32745 CAD
**Case Name:**  FLOTT, LYNDA

**Taxpayer ID #:**  13-7543572
**Period Ending:**  07/09/08

**Trustee:**  DAVID P. LEIBOWITZ (330570)
**Bank Name:**  JPMORGAN CHASE BANK, N.A.
**Account:**  ***-*****59-66 - Checking Account
**Blanket Bond:**  $5,000,000.00   (per case limit)
**Separate Bond:**  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 123,373.23 | 123,373.23 | $0.00 |
| | | | Less: Bank Transfers | | 123,373.23 | 0.00 | |
| | | | Subtotal | | 0.00 | 123,373.23 | |
| | | | Less: Payments to Debtors | | | 57,062.18 | |
| | | | NET Receipts / Disbursements | | $0.00 | $66,311.05 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****59-65 | 140,903.93 | 10,030.70 | 0.00 |
| Checking # ***-*****59-66 | 0.00 | 66,311.05 | 0.00 |
| | $140,903.93 | $76,341.75 | $0.00 |