UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| LYNDA FLOTT | ) | CASE NO. 05 B 32745 |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | JUDGE CAROL A. DOYLE |
| | ) | |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**   **David P. Leibowitz, Esq.
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085-4216
Registrant's e-mail: dpl@lakelaw.com**

**Please Take Notice** that on **September 19, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                                                        WILLIAM T. NEARY
                                                                        UNITED STATES TRUSTEE

DATED: September 19, 2008                    BY:  /s/ Dean C. Harvalis
                                                                        Dean C. Harvalis, Assistant U.S. Trustee
                                                                        OFFICE OF THE U.S. TRUSTEE
                                                                        219 SOUTH DEARBORN ST.  ROOM 873
                                                                        CHICAGO, ILLINOIS  60604
                                                                        (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Assistant U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on September 19, 2008.

                                                        /s/ Dean C. Harvalis